# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

JOSEPH F. JILES,

        Plaintiff,

   v.

MARTHA BREEN, SARAH COOPER, WILLIAM POLLARD, PETE ERICKSEN, STEVEN SCHMIDT, TODD HAMILTON, MARK BAENEN and MARK LIMONICK,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-464-slc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants without prejudice and without costs.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

_____12/1/08_____
Date