IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOSEPH F. JILES,

        Plaintiff,

v.                                                                                     ORDER

MARTHA BREEN, SARAH COOPER, WILLIAM         08-cv-464-slc
POLLARD, PETE ERICKSEN, STEVEN SCHMIDT,
TODD HAMILTON, MARK BAENEN and
MARK LIMONICK,

        Defendants.

---

On March 23, 2009 plaintiff filed a motion with the court seeking permission to submit documents written in crayon. See dkt. 31. Plaintiff is on a restriction that prevents him from having access to pencils, pens and other writing implements.

We discussed this motion at the preliminary pretrial conference, and I denied it. As I explained, plaintiff's blue crayon is too faint for the court's optical scanner to read. It will be necessary for plaintiff to obtain from the institution some writing implement that shows up darker and sharper. Defendants' attorney agreed to look into this matter with the institution. For now, the court and parties have agreed that in the event plaintiff misses a deadline because he is denied timely access to an appropriate writing implement, then the late filing shall be forgiven. Hopefully, this will not become an issue in the future.

Entered this 27th day of March, 2009.

BY THE COURT:

/s/
_____
STEPHEN L. CROCKER
Magistrate Judge