IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOSEPH F. JILES,

        Plaintiff,

v.                                                   ORDER

MARTHA BREEN, SARAH COOPER, WILLIAM        08-cv-464-slc
POLLARD, PETE ERICKSEN, STEVEN SCHMIDT,
TODD HAMILTON, MARK BAENEN and
MARK LIMONICK,

        Defendants.

---

On March 27, 2009, I issued an order noting that defendants' attorney agreed to make arrangements with the Green Bay Correctional Institution for plaintiff to use a pen in his communications with the court. On April 14, 2009, defendants' counsel filed a response with the court (dkt. #34), advising that plaintiff is being allowed to write with a pen or pencil for two hours each week with the supervision of an officer. Further, she indicated that plaintiff had successfully used this procedure on April 10, 2009. On April 24, 2009, plaintiff filed a motion for a pen. Dkt. #35. I will deny this motion because appropriate arrangements have been made for plaintiff to use a pen. In fact, his motion was written in pen.

ORDER

IT IS ORDERED that plaintiff's motion for a pen, dkt. #35, is DENIED.

Entered this 3rd day of May, 2009.

BY THE COURT:

/s/

_____
STEPHEN L. CROCKER
Magistrate Judge