IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSEPH F. JILES,

    Plaintiff,

v.

MARTHA BREEN, SARAH COOPER,
WILIAM POLLARD, PETE ERICKSEN,
STEVEN SCHMIDT, TODD HAMILTON,
MICHAEL BAENEN and MARK ZIMONICK,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-464-slc

    This action came for consideration before the court with MAGISTRATE JUDGE STEPHEN L. CROCKER presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants and this case is dismissed.

_____       12/8/09
Peter Oppeneer, Clerk of Court     Date